# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Judameyre L. McRae, | ) | JUDGMENT IN CASE |
| Plaintiff, | ) | |
| | ) | 5:21-cv-00091-KDB-DSC |
| vs. | ) | 5:21-cv-00092-KDB-DSC |
| | ) | |
| Jackson Lewis P.C., | ) | |
| Defendant, | ) | |
| ---------------------------------------- | | |
| Judameyre L. McRae, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Niagara Bottling, LLC, | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 15, 2021 Order.

July 15, 2021

Frank G. Johns, Clerk
United States District Court